1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HANNAZ, INC., | ) | Case No.: C 10-03354 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MERCILINDA CRUZ AND EDUARDO CRUZ, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 4, 2011, the parties failed to appear for the case management conference. Additionally, the parties failed to file an ADR certification, failed to file either a stipulation to ADR process or notice of need for ADR phone conference, and failed to file a Rule 26(f) report and joint case management statement. *See* Order Setting Initial Case Management Conference and ADR Deadlines filed on July 30, 2010. Having reviewed the file,

IT IS HEREBY ORDERED that Plaintiff is ordered to show cause no later than January 18, 2011 why the case should not be dismissed for failure to prosecute.

Failure to comply with this order may result in dismissal of the action pursuant to Federal

ORDER, *page 1*

1 | Rule of Civil Procedure 41(b).

2 |     IT IS SO ORDERED.

3 | Dated: January 5, 2011

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*