UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HANNAZ, INC., <br><br> Plaintiff, <br> v. <br><br> MERCILINDA CRUZ AND EDUARDO CRUZ, ET AL., <br><br> Defendants. | Case No.: C 10-03354 PSG <br><br> **ORDER TO REASSIGN CASE TO U.S. DISTRICT JUDGE; REPORT AND RECOMMENDATION RE DISMISSAL FOR FAILURE TO PROSECUTE** |

On January 4, 2011, the parties failed to appear for a case management conference. As a result, the court issued an order to show cause why the case should not be dismissed for failure to prosecute. The response deadline was January 18, 2011. To date, no response has been filed. Plaintiff has not yet consented to jurisdiction by a magistrate judge.

Accordingly, the above-captioned action shall be reassigned to a U.S. District Judge with a report and recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28